

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00135-CV

**IN RE GUARDIANSHIP OF CHARLES INNESS THRASH, AN ADULT**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Patricia O. Alvarez, Justice
              Irene Rios, Justice

Delivered and Filed: March 27, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On March 12, 2019, relators filed a petition for writ of mandamus and a motion for temporary restraining order. After considering the petition, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The motion for temporary restraining order is DENIED AS MOOT.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2017PC2912, styled *In re: The Guardianship of Charles Inness Thrash, an Adult*, pending in the Probate Court No. 1, Bexar County, Texas, the Honorable Oscar J. Kazen presiding.